UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | JUDGE |
| TROY A. SHIPPEN, JR. | INDICTMENT |
| | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of a Firearm by a Prohibited Person)

1. On or about December 1, 2025, in the Southern District of Ohio, the defendant, **TROY A. SHIPPEN, JR.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Smith & Wesson, model M&P 2.0, 9mm pistol, bearing serial number NJK9067, which firearm had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **TROY A. SHIPPEN, JR.**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such

violation, including, but not limited to:

    a.    A Smith & Wesson, model M&P 2.0, 9mm pistol, bearing serial number NJK9067; and

    b.    A magazine and approximately 15 rounds of ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

ELIZABETH A. GERAGHTY (OH 0042406)
Assistant United States Attorney